# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:11-cv-326-GCM

| | | |
|---|---|---|
| **GREGORY CARTER,** *et al,* | ) | |
|        Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **BANK OF AMERICA,** | ) | |
|        Defendant. | ) | |

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION.

Due to the pending Motion for Summary Judgment in this case, the trial in this matter is RE-SET for **July 27, 2015**.

IT IS SO ORDERED.

Signed: February 25, 2015

Graham C. Mullen
United States District Judge