IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11CV326

| | |
|---|---|
| GREGORY CARTER, JOANNE CARTER, WILLIAM WRIGHT, <br><br> Plaintiffs, <br><br> vs. <br><br> BANK OF AMERICA, N.A., <br><br> Defendant. | ORDER |

THIS MATTER is before the court upon the Memorandum and Recommendation of United States Magistrate Dennis L. Howell, filed May 5, 2015. The parties were advised that pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule 72 of the Federal Rules of Civil Procedure, written objections to the Memorandum and Recommendation must be filed within 14 days after service of the same. No objections have been filed.

After an independent and thorough review of the magistrate's memorandum, the court concludes that there is no clear error on the face of the record and that the recommendation to grant the Defendant's Motion for Summary Judgment is correct and in accordance with law. Accordingly, the findings and conclusions of the magistrate are hereby affirmed.

IT IS THEREFORE ORDERED that the Memorandum and Recommendation of the magistrate is hereby AFFIRMED.

Signed: June 9, 2015

Graham C. Mullen
United States District Judge